IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| NORIS JUNIOR GAUTIER-AVILÉS,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | CIVIL NO. 17-2235 (JAG)<br>(Related to Cr. No. 15-636 (JAG)) |

## JUDGMENT

Pursuant to this Court's Order, Docket No. 17, Judgment is hereby entered DISMISSING WITH PREJUDICE Petitioner's action. The case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico this Wednesday, June 10, 2020.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
U.S. DISTRICT JUDGE